UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IKHLAS SALAMEH, LLC,

    Plaintiff,

v.                              CASE NO. 3:23-cv-36-HES-LLL

NATIONWIDE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before this Court on the "Notice of Settlement" (Dkt. 27) that indicates the parties have settled the above-referenced action. Therefore, pursuant to Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and **CLOSE** this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 26t day of September, 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
William Flournoy, III, Esq.
Damian B Hunt, Esq.
Jacklyn Bennett, Esq.
Sarah R. Burke, Esq.
Thomas A. Keller, Esq.

2